NOV 1 5 2017

Clerk, U.S. District Court
District Of Montana
Helena

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BUTTE DIVISION**

JOHN ADAM GRAVES,

Plaintiff,

vs.

WADED CRUZADO, Individually and as President of MONTANA STATE UNIVERSITY, a political subdivision of the STATE of MONTANA, ANGELA ROUNDTREE, MATT WEMPLE, and ASHLEY HEAVRIN, individually and as officers of the MONTANA STATE UNIVERSITY POLICE DEPARTMENT, MARK CUSACK, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, JOE SUNDSTROM, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, DAN STEVENSON, individually and as agent of the MONTANA UNIVERSITY SYSTEM, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, JEFF BUTLER, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, and DOES 1-10

Defendants.

No. CV 17-50-BU-SEH

**ORDER**

On November 9, 2017, the Court issued an Order setting a hearing on November 15, 2017, at 10:00 a.m. to show cause, if any, why this case should not be dismissed for failure to effect service and to prosecute.[1] At the time of the hearing, Douglas W. Marshall, Esq., failed to appear.

ORDERED:

This case is DISMISSED WITH PREJUDICE.

DATED this 15th day of November, 2017.

SAM E. HADDON
United States District Judge

[1] Doc. 2.