IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED

NOV 2 0 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| JOHN ADAM GRAVES,<br><br>Plaintiff,<br><br>vs.<br><br>WADED CRUZADO, Individually and as President of MONTANA STATE UNIVERSITY, a political subdivision of the STATE of MONTANA, ANGELA ROUNDTREE, MATT WEMPLE, and ASHLEY HEAVRIN, individually and as officers of the MONTANA STATE UNIVERSITY POLICE DEPARTMENT, MARK CUSACK, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, JOE SUNDSTROM, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, DAN STEVENSON, individually and as agent of the MONTANA UNIVERSITY SYSTEM, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, JEFF BUTLER, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, and DOES 1-10<br><br>Defendants. | No. CV 17-50-BU-SEH<br><br>**ORDER** |

On November 20, 2017, the Court conducted a hearing on its previously issued Order to Show Cause.[1] Upon the record made in open court:

ORDERED:

The Order to Show Cause is DISCHARGED.

DATED this 20th day of November, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 5.