IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JOHN ADAM GRAVES,<br><br>               Plaintiff,<br><br>vs.<br><br>WADED CRUZADO, Individually and as President of MONTANA STATE UNIVERSITY, a political subdivision of the STATE of MONTANA, ANGELA ROUNDTREE, MATT WEMPLE, and ASHLEY HEAVRIN, individually and as officers of the MONTANA STATE UNIVERSITY POLICE DEPARTMENT, MARK CUSACK, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, JOE SUNDSTROM, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, DAN STEVENSON, individually and as agent of the MONTANA UNIVERSITY SYSTEM, JEFF BUTLER, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, and DOES 1-10<br><br>               Defendants. | No. CV 17-50-BU-SEH<br><br>**ORDER** |

On November 15, 2017, following a show cause hearing, the Court dismissed this case with prejudice.[1]

On June 19, 2018, the United States Court of Appeals for the Ninth Circuit issued its Memorandum in this case in which it "vacat[ed] the district court's dismissal with prejudice and remand[ed] to the district court to enter judgment dismissing the action without prejudice."[2] Mandate was filed on July 11, 2018.[3]

ORDERED:

The Court's Order of November 15, 2017,[4] is amended as follows:

1. This case is DISMISSED WITHOUT PREJUDICE.

2. The Clerk is directed to enter a judgment of dismissal without prejudice.

DATED this 11th day of July, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 4.

[2] Doc. 13 at 2.

[3] Doc. 14.

[4] Doc. 4.