UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| JOHN ADAM GRAVES,<br><br>                   Plaintiff,<br>vs.<br><br>WADED CRUZADO, Individually and as President of MONTANA STATE UNIVERSITY, a political subdivision of the STATE of MONTANA, ANGELA ROUNDTREE, MATT WEMPLE, and ASHLEY HEAVRIN, Individually and as officers of the MONTANA STATE UNIVERSITY POLICE DEPARTMENT, MARK CUSAXK, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, JOE SUNDSTROM, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, DAN STEVENSON, individually and as an agent of the MONTANA UNIVERSITY SYSTEM, JEFF BUTLER individually and as an agent of the MONTANA UNIVERSITY SYSTEM, and DOES 1-10,<br><br>                   Defendants. | CV-17-50-H-SEH<br><br>CIVIL JUDGMENT |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 15) this case is DISMISSED WITHOUT PREJUDICE.

Dated this 11th day of July, 2018.

        TYLER P. GILMAN, CLERK

        By: /s/ Heidi Gauthier
        Heidi Gauthier, Deputy Clerk